IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NEAL HOWARD, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-338 (MTT) |
| FRED HEAD, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 7). The Magistrate Judge recommends denying the Plaintiff's motion for a preliminary injunction (Doc. 4) because the Plaintiff is requesting improper injunctive relief and because the Plaintiff has not shown a substantial likelihood of success on the merits. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's motion for a preliminary injunction (Doc. 4) is **DENIED**.

**SO ORDERED,** this 11th day of December, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT